# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO. 3:21-mj-1355-MCR

HOWARD JOHNSON
_____/

Defense Atty.: WAFFA HANANIA
AUSA: D. RODNEY BROWN

| JUDGE: | **Monte C. Richardson** **U.S. Magistrate Judge** | DATE AND TIME | July 14, 2021 2:03 PM – 2:15 PM 12 MINUTES |
|---|---|---|---|
| DEPUTY CLERK: | Sharon Spaulding | TAPE/REPORTER | Digital |
| INTERPRETER | None Required | PRETRIAL/PROBATION | KIMBERLY BARRETT |

## CLERK'S MINUTES

**PROCEEDINGS:** INITIAL APPEARANCE/RULE 5

Defendant arrested by United States Marshal Service on July 14, 2021 on an Indictment out of the Southern District of Georgia.

Court requested presence of counsel for possible appointment.

Defendant advised of rights, charges, penalties and special assessment.

Defendant requested court appointed counsel. Defendant placed under oath and questioned regarding financial ability to employ counsel. Based on Defendant's financial affidavit, the Court appoints the Federal Public Defender.

Government orally moved for detention.

Parties request for continuance of detention hearing until July 16, 2021 is GRANTED

Detention set before Judge Monte C. Richardson on July 16, 2021 at 11:00 am.